UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 104.228.67.135,<br><br>    Defendant. | Civil Action No. 3:22-cv-00596-NAM-ATB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice.</u> John Doe was assigned the IP address 104.228.67.135. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  October 31, 2022      Respectfully submitted,

Date:  November 2, 2022

IT IS SO ORDERED.

*/s/ Norman A. Mordue*
Norman A. Mordue
Senior U.S. District Judge

By: /s/ *Jacqueline M. James*
   Jacqueline M. James, Esq. (#1845)
   The James Law Firm, PLLC
   445 Hamilton Avenue, Suite 1102
   White Plains, New York 10601
   T: 914-358-6423
   F: 914-358-6424
   E-mail: jjames@jacquelinejameslaw.com
   *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.